AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Dawson, Robert T. | 2. Court or Organization  U.S. District Court, Arkansas | 3. Date of Report  04/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge-Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |

7. Chambers or Office Address

P O Box 1624
Fort Smith, AR 72902-1624

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | September 14, 2014 thru September 16, 2014 | San Francisco, CA | Economics and Law of Public Pension Reform | Lodging & some meals provided, a contribution was made. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 2. Stephens Production Company (oil & gas) Ft. Smith, AR | A | Royalty | J | W | | | | | |
| 3. XTO Energy (oil & gas) Ft Worth, TX | A | Royalty | J | W | | | | | |
| 4. Cypress Production (oil & gas) Shreveport, LA | A | Royalty | J | W | | | | | |
| 5. Tellus Operating (oil & gas) Ridgeland, MS | A | Royalty | J | W | | | | | |
| 6. ACXIOM | A | Dividend | K | T | | | | | |
| 7. Simon Property Group./Washington Prime | A | Dividend | K | T | | | | | |
| 8. USA Truck | A | Dividend | J | T | | | | | |
| 9. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 10. Coca Cola | A | Dividend | J | T | Buy (add'l) | 12/16/14 | J | | |
| 11. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 12. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 13. McDonalds Corp | A | Dividend | J | T | | | | | |
| 14. Southwest Airlines | A | Dividend | J | T | | | | | |
| 15. Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 16. Walt Disney | A | Dividend | J | T | | | | | |
| 17. Vanguard 500 Index Fund | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NASDAQ 100 Unit Trust Series I/Power Shares QQQ | A | Dividend | M | T | | | | | |
| 19. Univ of Ark Bond 5% | A | Interest | K | T | | | | | |
| 20. Public Svc Enter. | A | Dividend | J | T | | | | | |
| 21. Entergy Corp | A | Dividend | J | T | | | | | |
| 22. Murphy Oil/Murphy USA | A | Dividend | J | T | | | | | |
| 23. Bank of America | A | Dividend | J | T | | | | | |
| 24. Blackrock Global | A | Interest | L | T | Buy (add'l) | 12/30/14 | J | | |
| 25. Windstream/Alltel | A | Dividend | J | T | | | | | |
| 26. Little Rock AR New Public Sch 3.375% | A | Interest | K | T | | | | | |
| 27. Janus Worldwide Fund (IRA) | E | Int./Div. | L | T | | | | | |
| 28. Spectra | A | Dividend | K | T | | | | | |
| 29. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 30. Ark St Higher 4.5% | B | Interest | K | T | | | | | |
| 31. Buckeye Ohio Bond 6.5% | A | Interest | J | T | | | | | |
| 32. New York City Bond 5% | A | Interest | J | T | | | | | |
| 33. Bentonville AR Sch 4.5% | B | Interest | L | T | | | | | |
| 34. Little Rock AR Sewer 5% | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ark State Univ Rev 4% | A | Interest | J | T | | | | | |
| 36. Little Rock Ark Libr 4.25% | B | Interest | K | T | | | | | |
| 37. White Hall Bond 4.125% | A | Interest | | | Matured | 12/01/14 | J | A | |
| 38. Ark Best | D | Dividend | K | T | | | | | |
| 39. T Rowe Price | E | Dividend | K | T | Buy (add'l) | 12/18/14 | J | | |
| 40. Black Rock Global | E | Dividend | K | T | Buy (add'l) | 12/18/14 | J | | |
| 41. Bank of America 5.25% | D | Dividend | M | T | | | | | |
| 42. Puerto Rico Bond 5.5% | B | Interest | K | T | | | | | |
| 43. Univ of Ark Revs 5% ▮▮▮▮▮ Nov 1, 2020 | A | Interest | J | T | Matured (part) | 11/03/14 | J | A | |
| 44. Rogers Ark Schl Dist | A | Interest | | | Matured | 08/01/14 | K | A | |
| 45. Fayetteville Ark Schl 4% | A | Interest | J | T | | | | | |
| 46. Little Rock AR Schl 3.375% | A | Interest | K | T | | | | | |
| 47. Booneville Ar Schl 4.45% | A | Interest | | | Matured | 08/01/14 | K | A | |
| 48. Goldman Sachs | A | Dividend | K | T | | | | | |
| 49. Pulaski Cnty AR SPL | A | Interest | J | T | | | | | |
| 50. Energy Transfer | A | Dividend | J | T | | | | | |
| 51. I Shares Trust | A | Dividend | L | T | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Puerto Rico Commonwealth 5.25% | B | Interest | J | T | | | | | |
| 53. Century Link | A | Dividend | J | T | | | | | |
| 54. Best Buy Bond 5.5% | A | Interest | K | T | | | | | |
| 55. Ishares S & P | A | Interest | J | T | | | | | |
| 56. Ft Smith Ark Water Bond 5% | A | Interest | K | T | | | | | |
| 57. General Electric | A | Dividend | J | T | | | | | |
| 58. Fountain Lake Sch Bond 3% | A | Interest | J | T | | | | | |
| 59. Alltel Bond | A | Interest | | | Matured | 11/24/14 | J | A | |
| 60. A T & T 6.8% Bond | A | Interest | K | T | | | | | |
| 61. Baxter Int'l | A | Dividend | J | T | | | | | |
| 62. Express Scripts | A | Dividend | J | T | | | | | |
| 63. Kraft Foods | A | Dividend | J | T | | | | | |
| 64. Under Armour | A | Dividend | J | T | | | | | |
| 65. Boeing | A | Dividend | J | T | | | | | |
| 66. Chesapeake Energy | A | Dividend | J | T | | | | | |
| 67. Whole Foods | A | Dividend | J | T | | | | | |
| 68. JP Morgan Chase | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Exelon Corp | A | Dividend | J | T | | | | | |
| 70. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 71. Anadarko Pete Corp | A | Dividend | J | T | | | | | |
| 72. Altria Group | A | Dividend | J | T | | | | | |
| 73. Fluor Corp | A | Dividend | J | T | | | | | |
| 74. Johnson Controls | A | Dividend | J | T | | | | | |
| 75. ABB Ltd | A | Dividend | J | T | | | | | |
| 76. Kraft Foods | A | Dividend | J | T | | | | | |
| 77. Mondelez International | A | Dividend | J | T | | | | | |
| 78. Time Warner Cable Bond | A | Interest | K | T | | | | | |
| 79. Univ Ark Aux 4.625% Bond | B | Interest | K | T | | | | | |
| 80. Univ Ark Univ Rev 5% Bond ▓▓ May, 2029 | B | Interest | K | T | | | | | |
| 81. Twitter | A | Dividend | J | T | | | | | |
| 82. Vanguard European | A | Dividend | K | T | Buy | 12/19/14 | K | | |
| 83. Rogers School Bond | A | Int./Div. | L | T | Buy | 07/30/14 | L | | |
| 84. Conway Ar School Bond | A | Interest | K | T | Buy | 12/12/14 | K | | |
| 85. Royal Bank of Canada | A | Dividend | J | T | Buy | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fireeye | A | Dividend | J | T | Buy | 12/19/14 | J | | |
| 87. Fort Smith Ar School 4% Bond | A | Interest | J | T | Buy | 01/14/14 | J | | |
| 88. Seventy Seven Energy | A | Dividend | J | T | Buy | 07/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert T. Dawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544